IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**RECEIVED**

2026 JUL 31  P 8 31

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Collier Richardson
_____

_____

PLAINTIFF

v.

CASE ACTION NO.:_____

2:26-cv-00628-RAH-KFP

ENFRA
_____

_____

DEFENDANT

JURY DEMAND (MARK ONE)

☑ YES      ☐ NO

**EEOC  COMPLAINT**

1.  Plaintiff resides at  804 Federal Drive Montgomery AL 36107

2.  Defendant(s)' name(s) ENFRA
_____

Location of principal office(s) of the named defendant(s) 1 Galleria Blvd.
Suite 825 Metairie, LA 70001
(504) 833-8291

Nature of defendant(s)' business Energy infrastructure

Approximate number of individuals employed by defendant(s) 2600 +

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4.  The acts complained of in this suit concern:

    1.  ☐ Failure to employ me.
    2.  ☑ Termination of my employment.
    3.  ☐ Failure to promote me.
    4.  ☑ Other acts as specified below: Unlawful discrimination and retaliation in violation of Title VII. Plaintiff was subjected to discriminatory treatment and was ultimately terminated because of protected characteristics and protected activity.

RECEIVED

TREY GRANGER. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

5.  Plaintiff is:
    A.  ___ Presently employed by the defendant.
        ✓ Not presently employed by the defendant. The dates of employment were 8.31
        __08/18/2025__   Employment was terminated because:

        (1) ___ Plaintiff was discharged.
        (2) ✓ Plaintiff was laid off.
        (3) ___ Plaintiff left job voluntarily.

6.  Defendant(s)' conduct is discriminatory with respect to the following:

    A.  ✓ My race.
    B.  ___ My religion.
    C.  ___ My sex.
    D.  ___ My national origin.
    E.  ✓ Other, as specified below: __My age. Classism__

7.  The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Drew Male Caucasian Night Foreman, Cam black Male Night Foreman, and Charles Porter Caucasian Male Night Steward

8.  The alleged discrimination occurred on or about __9/05/2025 - 9/26/2025__

9.  The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows;
Night Steward Tre Drew: Before my termination, the company announced layoff would occur within two weeks, creating a stressful work environment. During this time my foreman Drew repeatedly spoke to me about suicide for several weeks and drove a company cart in an unsafe manner abruptly slamming on the brakes and nearly throwing me from the vehicle. The incident left me shaken, and I had to leave work that night. Drew later told me I would not be laid off, but I was ultimately selected for layoff and my employment was terminated.
Night Steward Neal Magdon Cam: My first foreman on night shift made comments that made me uncomfortable, including asking me to "show him the house" and show him the cars." He also drove a company cart away before I was fully on it, creating a safety hazard that a steward witnessed and said "that was wrong." Cam told me he knew in higher positions and could he me removed if he wanted to. On another occasion, he escorted me to the gate, and after that my badge stopped working

10. The alleged illegal activity took place at _for the remainder of my employment._
    600 Hyundai Blvd, Montgomery, Al 36105
    Meta Data Center

Charles Porter: Gave me my layoff paperwork. After my layoff, I sat in my car in the parking lot to decompress. I later told I was banned for the job site because he claimed he felt threatened, even though I did not threaten him.

11.    I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about ___*02/04/2026*___.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on ___*05/06/2026*___

12.    I seek the following relief:

A.    ✓ Recovery of back pay.
B.    ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date:_____

_____
Signature of Plaintiff

*804 Federal Drive Montgomery AL 36107*
*(470)659-8537*
Address & Telephone Number of Plaintiff



RECEIVED

'26 JUL 31  P 8· 31

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA